EXHIBIT A

1  RICHARD ALEXANDER, Cal. Bar #48432
2  JEFFREY W/ RICKARD, Cal. Bar #125180
3  RYAN M. HAGAN, Cal Bar #200850
   ALEXANDER, HAWES & AUDET, LLP
4  152 North Third Street, Suite 600
   San Jose, CA 95112
5  Telephone: (408) 289-1776
   Facsimile:  (408) 287-1776
6  **Attorneys for Plaintiff(s)**

7  RANDALL C. CREECH, Cal. Bar #65542
   CREECH, LIEBOW & KRAUS
8  333 West San Carlos Street
   Suite 1600
9  San Jose, CA 95110
10 Telephone: (408) 993-9911
   Facsimile:  (408) 993-1335

11 THOMAS M. CARNEY, admitted *pro hac vice*
12 CAROL A. RUTTER, admitted *pro hac vice*
   HUSCH & EPPENBERGER, LLC
13 190 Carondelet Plaza, Suite 600
   St. Louis, MO 63105-3441
14 Telephone: (314) 480-1500
   Facsimile:  (314) 480-1505
15 **Attorneys for Defendant Olin Corporation**

*E-FILED - 10/6/05*

16              UNITED STATES DISTRICT COURT
17     NORTHERN DISTRICT OF CALIFORNIA - SAN JOSE DIVISION

| | |
|---|---|
| CLYDE WARE AND JOHANNA WARE, | Case No.: C 03-01865 RMW |
| Plaintiffs, | **STIPULATION FOR DISMISSAL WITH PREJUDICE OF DEFENDANT OLIN CORPORATION BY PLAINTIFF JOHANNA WARE, INDIVIDUALLY AND AS EXECUTRIX/ADMINISTRATRIX OF THE ESTATE OF CLYDE WARE, DECEASED** |
| v. | |
| OLIN CORPORATION, et al., | |
| Defendants. | |

   Pursuant to Fed.R.Civ.P. 41(a)(2), Plaintiff Johanna Ware, individually and as widowed spouse and executrix/administratrix of the Estate of Clyde Ware, deceased and Defendant Olin Corporation hereby request that this Court, pursuant to Fed. R. Civ. P.

2056101.01
**Stipulation of Dismissal with Prejudice of Defendant Olin Corporation
by Plaintiff Johanna Ware  - 1**

41(a)(2), enter an Order dismissing with prejudice all claims asserted by Johanna Ware individually and as widowed spouse and executrix/administratrix of the Estate of Clyde Ware, deceased, as to defendant Olin Corporation. All parties to bear their own costs and legal fees incurred to date in this action.

Dated: 8/24/05

Respectfully submitted,

ALEXANDER, HAWES & AUDET, LLP

By: _____
RICHARD D ALEXANDER, Cal. Bar #48432
JEFFREY W/ RICKARD, Cal. Bar #125180
RYAN M. HAGAN, Cal Bar #200850
152 North Third Street, Suite 600
San Jose, CA 95112
Telephone: (408) 289-1776
Facsimile: (408) 287-1776

Attorneys for Plaintiff Johanna Ware individually and as widowed spouse and executrix/administratrix of the Estate of Clyde Ware, deceased

HUSCH & EPPENBERGER, LLC

By: /s/ Carol A. Rutter
THOMAS M. CARNEY, admitted *pro hac vice*
CAROL A. RUTTER, admitted *pro hac vice*
190 Carondelet Plaza, Suite 600
St. Louis, MO 63105-3441
Telephone: (314) 480-1500
Facsimile: (314) 480-1505

RANDALL C. CREECH, Cal. Bar #65542
CREECH, LIEBOW & KRAUS
333 West San Carlos Street
Suite 1600
San Jose, CA 95110
Telephone: (408) 993-9911
Facsimile: (408) 993-1335

Attorneys for Defendant Olin Corporation

2056101.01

**Stipulation of Dismissal with Prejudice of Defendant Olin Corporation by Plaintiff Johanna Ware  - 2**

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA - SAN JOSE DIVISION

| | |
|---|---|
| CLYDE WARE AND JOHANNA WARE, <br><br> Plaintiffs, <br><br> v. <br><br> OLIN CORPORATION, et al., <br><br> Defendants. | Case No.: C 03-01865 RMW <br><br> **ORDER DISMISSING WITH PREJUDICE DEFENDANT OLIN CORPORATION BY JOHANNA WARE INDIVIDUALLY AND AS EXECUTRATRIX/ADMINSTRATRIX OF THE ESTATE OF CLYDE WARE, DECEASED** |

THIS MATTER coming on the motion of Plaintiff Johanna Ware individually and as widowed spouse and executrix/administratrix of the Estate of Clyde Ware, deceased, and Defendant Olin Corporation, for an order of dismissal with prejudice against the defendant OLIN CORPORATION, pursuant to Fed. R. Civ. P. 41(a)(2):

IT IS HEREBY ORDERED

The claims of Plaintiff Johanna Ware individually and as widowed spouse and executrix/administratrix of the Estate of Clyde Ware, deceased, against Defendant Olin Corporation are dismissed with prejudice, pursuant to Fed. R. Civ. Pro. 41(a)(2). Each party shall bear their own costs and legal fees incurred to date in this action.

SO ORDERED:

Dated: 10/6/05

/s/ Ronald M. Whyte
_____

2056101.01

**Stipulation of Dismissal with Prejudice of Defendant Olin Corporation
by Plaintiff Johanna Ware  - 3**